AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

'11 OCT 28 P 1:46

FILED
US DISTRICT COURT CL...
WESTN. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSE RODRIGUEZ<br>JOSE PEREZ<br>*Defendants* | )<br>)<br>)  Case No. 5: 11 MJ-341-K<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date of October 28, 2011 in the county of Graves in the Western District of Kentucky, the defendants violated 21 U.S.C. § 841(a)(1), an offense described as follows:

This criminal complaint is based on these facts:

☑ Continued on the attached sheet

_____
Complainant's signature

Shawn Ramage, JFO
Printed name and title

Sworn to before me and signed in my presence.

Date: Oct. 28, 2011

_____
Judge's Signature

City and State: Paducah, Kentucky

W. David King, U.S. MJ.
Printed Name and Title

RBB (AUSA initials)

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shawn Ramage, do hereby swear:

That I am a Kentucky State Police (KSP) Detective and Task Force Officer with the U.S. Drug Enforcement Administration (DEA), assigned to the Madisonville, Kentucky Post Of Duty, and as such my duties include the investigation of violations of the Controlled Substances Act and related federal violations.

1. Since August 2010, the DEA and KSP have been receiving information that suspects in Graves County, Kentucky, are smuggling and distributing quantities of methamphetamine in western Kentucky and that a previously unidentified Source of Supply (SOS) known as "Uncle", and suspected to be a Mexican male operating out of Chicago, IL, has been providing methamphetamine to various individuals in the area.

2. Between approximately August 7, 2011 and October 28, 2011, the DEA and KSP have been communicating in an undercover capacity via multiple text message conversations with a telephone being utilized by an individual describing himself as "Uncle". DEA and KSP officers have communicated with "Uncle" posing as a known narcotics trafficker in the Graves County area. During the conversations, "Uncle" expressed a desire to deliver a quantity of methamphetamine to the undercover law enforcement officers and collect $5000 in drug proceeds.

3. On October 28, 2011, the DEA and KSP, in an undercover capacity, learned that "Uncle" was going to arrive in Graves County to deliver a quantity of methamphetamine to a location controlled by law enforcement.

4. At approximately, 8:45 a.m. on October 28, 2011, two Hispanic males, later identified as Jose Perez and Jose Rodriguez made contact with two undercover law enforcement officers in Murray, Kentucky.

5. The officers then led Perez and Rodriguez to the predetermined location which had been equipped with audio and video surveillance equipment.

6. Upon arrival, Rodriguez retrieved approximately 580 grams of a substance which later field tested positive for methamphetamine from the firewall cowling area of the engine compartment of the vehicle in which Rodriguez and Perez had been travelling. While Rodriguez was retrieving the substance, Perez stood nearby acting as a lookout.

7. Rodriguez then transferred the substance to one of the undercover officers who provided Rodriguez with $5000 in serialized KSP and DEA buy money.

8. Rodriguez and Perez then left the location in the vehicle in which they had arrived and law enforcement officers maintained surveillance of their movement.

1

9. Law enforcement officers then stopped the vehicle which was occupied by Rodriguez and Perez and located the serialized money which the undercover officer had provided.

Therefore based on the above information, your affiant has reason to believe that there exits violations of the Controlled Substances Act, Title 21 USC 841 and 846.

*Shawn Ramage*
Shawn Ramage
Task Force Officer
U.S. Drug Enforcement Administration

Sworn before me this day
28th day of October 2011

R. David King
U.S. Magistrate Judge
Western District of Kentucky

2